UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

      v.        :        NOTICE OF INTENT TO

AARON S. WEINER;        FILE AN INFORMATION

                           :

      Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**08 CRIM 335**

**JUDGE SCHEINDLIN**

      Please take notice that the United States Department of Justice Antitrust Division will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:        New York, New York

                3/10/08

                                      RALPH T. GIORDANO
                                      Chief, New York Field Office
                                      Antitrust Division
                                      U.S. Department of Justice

                          By:        _____
                                 JEFFREY D. MARTINO
                                 Trial Attorney

                                 AGREED AND CONSENTED TO:

                          By:        _____
                                 LEE MANDELL, Esq.
                                 Attorney for Aaron S. Weiner

[Stamp: SDNY ELECTRONICALLY FILED, FILED: 3/24/08]

3/24/08   WHEEL A — Scheindlin