# United States District Court

FOR THE
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) |
| :--- | :--- |
| | ) **08 CRIM 335** |
| v. | ) |
| | ) No. 08 Cr. _____ |
| AARON S. WEINER | ) |

the above named defendant, who is accused of

18 U.S.C. § 371

being advised of the nature of the charge and of his/her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____, Defendant

_____, Witness

_____, Counsel for Defendant

DATE: April 11, 2008

ALLY FILED
APR 11 2008

**JUDGE SCHEINDLIN**