UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATE OF AMERICA,　　　　　:　CONSENT TO PROCEED BEFORE
　　　　　　　　　　　　　　　　　　:　A UNITED STATES MAGISTRATE
　　　　-against-　　　　　　　　　:　JUDGE ON A FELONY PLEA
　　　　　　　　　　　　　　　　　　:　ALLOCUTION.
AARON S. WEINER
　　　　　　　　　Defendant.　　　　:　 08 CRIM 335
------------------------------------------------x

　　　　The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, or who is to be assigned, to my case.

　　　　I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

　　　　IN WITNESS WHEREOF we have executed this consent this __11__ day of __April__, 200_8_ at _____, New York.

X _____　　　　X _____
　　　　　Defendant　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　Accepted by: _James C. Francis IV_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

_Y FILED
APR 11 2008