SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.A.                           Plaintiff,

                                                              **08 CRIM 335**

         - against -
Aaron Weiner                     Defendant.            **ORDER FOR ADMISSION**
                                                       **PRO HAC VICE**
                                                       **ON ORAL MOTION**

Upon the oral motion of _Stephen McCahey Esq._ attorney for
_U.S. Department of Justice_ and said sponsor attorney's affidavit
declaration that applicant _Lee Mandell Esq._ is a member in good standing of
the bar(s) of the state(s) of _Penna_ ;
and that applicant's contact information is as follows (please print):

Applicant's Name: _Lee Mandell_
Firm Name: _Lee Mandell P.C._
Address: _42 S 15 Th St. Suite 1312_
City/State/Zip: _Phila PA 19102_
Telephone/Fax: _(215) 563-3395  (215) 563-9748_
Email Address: _LeeMandellEsq@AOL.com_

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
_Aaron Weiner_ in the above entitled action;

**IT IS HEREBY ORDERED** that _Lee Mandell Esq_ , is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: _4/11/08_
City, State: _New York, NY_

                                          _James C. Francis IV_
                                          United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____ SDNY RECEIPT#_____
SDNY Form Web 10/2006

APR 11 2008